DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTOPHER MADDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER MADDEN, ) <br> ) <br> *Defendant.* ) <br> _____ ) | No. 1:11-cr-00024 OWW <br><br> STIPULATION TO CONTINUE SENTENCING HEARING; ORDER <br><br> Date: September 19, 2011 <br> Time: 9:00 a.m. <br> Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced proceedings now set for August 22, 2011, **may be continued to September 19, 2011, at 9:00 a.m.**

This continuance is requested for the reason that additional time is needed to conduct PSR interview. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

///

///

|   |   |   |   |
|---|---|---|---|
| | | | BENJAMIN B. WAGNER
United States Attorney |
| DATED: July 5, 2011 | | By: | /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United Stated Attorney
Attorney for Plaintiff |
| | | | DANIEL J. BRODERICK
Federal Defender |
| DATED: July 5, 2011 | | By: | /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
CHRISTOPHER MADDEN |

**ORDER**

**IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated:   July 5, 2011**                     /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE