```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-00024 OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER FOR CONTINUANCE OF STATUS |
| v. ) | CONFERENCE AND MOTIONS |
| ) | |
| CHRISTOPHER MADDEN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Francine Zepeda, attorney for Christopher Madden, that the sentencing set for September 19, 2011 be continued to September 26, 2011 at 9:00 a.m.  The attorney for the government will be out of the state until September 21, 2011 and wants to be present for the sentencing.

```
Dated: September 12, 2011          Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                               By   /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
                                   Assistant U.S. Attorney

Dated: September 12, 2011           /s/ Francine Zepeda
                                   FRANCINE ZEPEDA
                                   Attorney for Christopher Madden
```

1

IT IS SO ORDERED.

**Dated:  September 12, 2011**                    **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE